UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 14-1890-GAF-PJW | Date | May 13, 2015 |
|---|---|---|---|
| Title | *Kenneth Oliver v. Jeffrey Beard, et al.* | | |

Present: The Honorable   Patrick J. Walsh, U.S. Magistrate Judge

| Jacob Yerke | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants |
|---|---|
| N/A | N/A |

**Proceedings:**   Order to Show Cause for Failure to File First Amended Complaint

In August 2014, the Court screened Plaintiff's civil rights complaint and ordered him to file a First Amended Complaint ("FAC") within thirty days. Since that time, Plaintiff has requested repeated extensions of time due to, among other things, his placement in the Security Housing Unit, his limited access to the law library, and other pending litigation in which he is involved. The Court granted these requests for extensions one by one, and ultimately allowed Plaintiff until March 20, 2015 to file the FAC. To date, he has not still done so.

**No later than May 29, 2015, Plaintiff is ordered to either file a FAC or show cause for his failure to do so.** Plaintiff is warned that failure to meet this deadline may result in the dismissal of the action pursuant to Federal Rule of Civil Procedure 41.

S:\PJW\Cases-Civil Rights\OLIVER 1890\MO_OSC.wpd

:  00

Initials of Preparer   sr