UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | CV 14-1890-JVS-PJW | Date | January 4, 2016 |
|---|---|---|---|
| Title | *Kenneth Oliver v. Jeffrey Beard, et al.* | | |

| Present: The Honorable | Patrick J. Walsh, U.S. Magistrate Judge | | |
|---|---|---|---|
| Isabel Martinez | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants |
|---|---|
| N/A | N/A |

**Proceedings:**   Order to Show Cause for Failure to File Second Amended Complaint

     On September 14, 2015, the Court screened Plaintiff's First Amended Complaint, dismissed it without prejudice, and ordered him to file a Second Amended Complaint ("SAC") within thirty days. (Doc. No. 31.) On October 21, 2015, the Court issued an order to show cause as it still had not received Plaintiff's SAC. (Doc. No. 32.) In response, Plaintiff requested that the Court re-send him the original screening order and grant him additional time to file his SAC. (Doc. No. 33.) The Court granted Plaintiff's motion and informed him that he had until December 14, 2015 to file his SAC and no additional time would be granted. To date, Plaintiff has not filed a SAC or explained why.

     The Court will hold an order to show cause hearing at 11:00 a.m. on January 19, 2016 to determine whether the case should be dismissed for failure to prosecute. If Plaintiff has filed his SAC by that date, the hearing will be taken off calendar.

S:\PJW\Cases-Civil Rights\OLIVER 1890\MO_OSC FINAL.wpd

                                                                                              : 00

Initials of Preparer     im