1  XAVIER BECERRA
   Attorney General of California
2  GRETCHEN BUECHSENSCHUETZ
   JAY C. RUSSELL
3  Supervising Deputy Attorneys General
   ADRIANO HRVATIN
4  Deputy Attorney General
   State Bar No. 220909
5    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
6    Telephone:  (415) 703-1672
     Facsimile:  (415) 703-5843
7    E-mail: Adriano.Hrvatin@doj.ca.gov
   *Specially Appearing as Attorneys*
8  *for the California Department of Corrections*
   *and Rehabilitation for Settlement Purposes*
9
   STANFORD LAW SCHOOL
10 THREE STRIKES PROJECT
   MICHAEL STONE ROMANO
11 State Bar No. 232182
     Crown Quadrangle, 559 Nathan Abbott Way
12   Stanford, CA  94305-8610
     Telephone:  (650) 736-8670
13   Facsimile:  (650) 723-8230
     Email: mromano@law.stanford.edu
14
   MAYER BROWN LLP
15 EDWARD D. JOHNSON
   State Bar No. 189475
16   Two Palo Alto Square, Suite 300
     3000 El Camino Real
17   Palo Alto, CA  94306-2112
     Telephone:   (650) 331-2000
18   Facsimile:    (650) 331-2061
     Email: wjohnson@mayerbrown.com
19
   *Attorneys for Plaintiff, Kenneth Oliver*
20
21              IN THE UNITED STATES DISTRICT COURT

22              FOR THE CENTRAL DISTRICT OF CALIFORNIA

23                      LOS ANGELES DIVISION

24 **KENNETH OLIVER**,                    Case No. 2:14-cv-1890-JVS-PJW

25                        Plaintiff,      **JOINT STIPULATION FOR
                                          VOLUNTARY DISMISSAL WITH
              v.                          PREJUDICE**
26                                        **(Fed. R. Civ. P. 41(a)(1)(A)(ii))**
   **JEFFREY BEARD, et al.**,
27                        Defendants.

28
                            1

Pursuant to the parties' Settlement Agreement and Release executed by Plaintiff and his counsel on December 7, 2017 and subsequently executed by representatives of the California Department of Corrections and Rehabilitations and the California Department of Justice (the "Agreement"), Plaintiff Kenneth Oliver and Defendants have settled all of the claims asserted in this proceeding.

Therefore, the parties stipulate to a dismissal of this action with prejudice under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Each party will bear its own litigation costs and attorneys' fees.

**IT IS SO STIPULATED**.

Dated:  January 17, 2018

*/s/ Xavier Becerra*
XAVIER BECERRA
Attorney General of California

Dated:  January 17, 2018

*/s/ Gretchen Buechsenschuetz*
GRETCHEN BUECHSENSCHUETZ
Supervising Deputy Attorney General

*Specially Appearing as Attorneys for the California Department of Corrections and Rehabilitation for Settlement Purposes*

Dated:  January 17, 2018

STANFORD LAW SCHOOL
THREE STRIKES PROJECT

*/s/ Michael S. Romano*
MICHAEL STONE ROMANO
*Attorney for Plaintiff*

Dated:  January 17, 2018

MAYER BROWN LLP

*/s/ Edward D. Johnson*
EDWARD D. JOHNSON
*Attorney for Plaintiff*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

I, Edward D. Johnson, am the ECF User whose ID and password are being used to file this Joint Stipulation. In compliance with Local Rule 5-4.3.4(a)(2)(i), I hereby attest that Xavier Becerra, Gretchen Buechsenschuetz, and Michael Romano have concurred in this filing.

Dated: January 17, 2018                    */s/ Edward D. Johnson*
                                            EDWARD D. JOHNSON

JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE
Case No. 2:14-cv-1890-JVS-PJW