JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| **KENNETH OLIVER**,<br><br>                Plaintiff,<br>   v.<br>**JEFFREY BEARD, et al.**,<br>               Defendants. | Case No. 2:14-cv-1890-JVS-PJW<br><br>**ORDER GRANTING JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br>**(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

## **ORDER**

Pursuant to the stipulation of the parties, the Court hereby orders that the above-captioned matter is dismissed with prejudice in its entirety, each side to bear his/its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: January 23, 2018

                                  Honorable James V. Selna
                                  United States District Court Judge